No. 641. UNITED AIR LINES, INC. v. THOMAS, EXECUTRIX, ET AL. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William J. Junkerman* for petitioner. *Edward M. O'Brien* for respondents.

No. 109, Misc. LAMBRIGHT v. CRAVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Robert F. Katz,* Deputy Attorney General, for respondents.

No. 284, Misc. MADKINS v. O'NEIL, JUDGE, ET AL. Sup. Ct. Wis. Certiorari denied. *Robert W. Warren,* Attorney General of Wisconsin, and *William A. Platz,* Assistant Attorney General, for respondents.

No. 325, Misc. HENDERSON v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied. *S. Carter McMorris* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Roger E. Venturi,* Deputy Attorney General, for respondent.

No. 353, Misc. BERG v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied. *James M. Weinberg* for petitioner. *Roger Arnebergh, Philip E. Grey,* and *Michael T. Sauer* for respondent.

No. 367, Misc. KAGAN v. SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Charles P. Just,* Deputy Attorney General, for respondent.